Clay J. Christianson, Esq. (SBN 143024)
KELLY JACKSON & CHRISTIANSON, LLP
90 South E Street, Suite 300
Santa Rosa, California 95404
(707) 578-7160
(707) 578-7469/Facsimile

Attorneys for Defendant
County of Lake

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS WOLL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LAKE, MARY JANE FIGALDE, and HENRY BOUILLERCE,<br><br>　　　　Defendants.<br>_____/ | Case No.  CV 07 6299 BZ<br>*(Unlimited Civil Case)*<br>Hon. Magistrate Bernard Zimmerman<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United State Court of Appeals for the Ninth Circuit.

Dated: February 27, 2008　　　　　　　KELLY JACKSON & CHRISTIANSON, LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Clay J. Christianson
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　County of Lake

## SIGNATURE ATTESTATION

I attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

_____
Clay J. Christianson
Attorneys for Defendant
County of Lake

Case No. CV 07 6299 BZ                                          U.S. District Court - Northern District

## PROOF OF SERVICE BY MAIL
[FRCivP 5(b)]

     I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 90 South E Street, Suite 310, Santa Rosa, California 95404. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, such correspondence would be deposited with the United States Postal Service that same day in the ordinary court of business.

     On the date of execution of this declaration, I served the attached:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the interested parties in said cause, addressed as follows:

| | |
|---|---|
| Frear Stephen Schmid, Esq.<br>Attorney At Law<br>177 Post Street, Suite 890<br>San Francisco, CA 94108 | *Attorney for Plaintiff Dallas Woll*<br>(415) 788-5957<br>(415) 788-5958 Fax |

  _X_ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid, on the date of execution of this declaration, with our office outgoing mail following ordinary business practices.

  ____ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

  ____ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated above.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on February 27, 2008, at Santa Rosa, California.

_____
Linda Moldrem