**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **04/14/2008**

**C07-6299  BZ**

**Dallas Woll v. Lake County, et al.**

Attorneys: Pltf: Frear Stephen Schmid
                Def: Clay J. Christianson

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Digital Recording; 4:18-4:32**

**PROCEEDINGS:**                                    **RULING:**

1. Initial Case Management Conference                        Matter Held
2. _____    _____

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury Trial set for December 15, 2008 at 8:30 a.m. Counsel stipulate to participate in court sponsored Early Neutral Evaluation program. Session to occur within 90 days.

( XX ) ORDER TO BE PREPARED BY:   Pltnf ____   Deft ____   Court  XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                     Type of Trial:  (  )Jury     (  )Court
Notes: _____