**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Woll, | 07-06299 BZ ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| County of Lake, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Dirk M. Schenkkan**
> Howard Rice Nemerovski Canady Falk & Rabin
> Three Embarcadero Center, 7th Fl.
> San Francisco, CA 94111
> 415-399-3055

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

1       Counsel are reminded that the written ENE statements required by the ADR L.R.

2   5-8 shall NOT be filed with the court.

3

4   Dated: April 23, 2008

5                                                   RICHARD W. WIEKING
                                                    Clerk
6                                                   by:      Claudia M. Forehand

7

8                                                   ADR Case Administrator
                                                    415-522-2059
9                                                   Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
Northern District of California

**Notice of Appointment of Evaluator**
07-06299 BZ ENE                              - 2 -