UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dallas Woll, | No. C 07-6299 BZ (WDB) |
| Plaintiff, | CLERK'S NOTICE OF SETTLEMENT CONFERENCE |
| v. | |
| County of Lake, et al, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter has been referred to U.S. Magistrate Judge Wayne D. Brazil for a settlement conference. You are hereby notified that the conference will take place on **Thursday, October 9, 2008, at 2:00 p.m.,** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. **By no later than Tuesday, September 30, 2008,** each party must lodge with the Magistrate Judge a Confidential Settlement Conference Statement. **This Statement must be lodged at the Oakland, California courthouse.** (See Magistrate Judge Brazil's Settlement Conference Standing Order, a copy of which is attached.)

Lead trial counsel must appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and settle the case. If an insurance company's agreement would be necessary to achieve a settlement herein, a representative of the insurance company with full authority to negotiate and settle up to the limits of coverage also must attend the settlement conference.

//

//

1

1  The parties must notify Magistrate Judge Brazil's law clerk immediately at 510-637-3324
2  if this case settles prior to the date set for settlement conference.
3  Dated: July 11, 2008

Richard W. Wieking, Clerk
United States District Court

*Michelle Sicula*

By:  Michelle L. Sicula
     Law Clerk/Deputy Clerk

cc: parties,
BZ, WDB