```
 1  FREAR STEPHEN SCHMID, CSB NO. 96089
    ATTORNEY AT LAW
 2  177 POST STREET, SUITE 890
    SAN FRANCISCO, CA 94108
 3  TELEPHONE: (415) 788-5957
    FACSIMILE: (415) 788-5958
 4
    Attorneys for Plaintiff
 5  DALLAS WOLL
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  DALLAS WOLL,                    No. C07-6299 BZ
12         Plaintiff,               DISMISSAL OF INDIVIDUAL
                                    DEFENDANTS MARY JANE FIGALDE
13     v.                           AND HENRY BOUILLERCE AND
                                    [PROPOSED] ORDER
14  COUNTY OF LAKE AND MARY JANE
    FIGALDE, AND HENRY BOUILLERCE,
15
           Defendants.
16  _____/
17
18
19         Pursuant to stipulation reached between plaintiff and individual defendants,
20  Mary Jane Figalde and Henry Bouillerce, in the above-captioned action, the said
21  parties through and by their respective counsel, hereby stipulate to the dismissal of the
22  complaint against these individuals with prejudice, subject to defendants agreeing to
23  make themselves available for depositions in Santa Rosa, California in this matter
24  pursuant to notice by plaintiff and further subject themselves to other discovery in this
25  matter without the necessity of subpoena. Further, it is stipulated said defendants
26  being dismissed hereby will make themselves available for trial without subpoena.
27  Finally, it is stipulated said dismissal is without prejudice to plaintiff's claim against the
28  County and specifically shall not serve as collateral estoppel or res judicata as to any
```

1 | of plaintiff's claims against the County.

2 | Each part shall bear their own costs and attorney fees.

3 | DATED: September 8, 2008    Respectfully submitted,

*/s/ Frear Stephen Schmid*
Frear Stephen Schmid, Attorney for
Plaintiff DALLAS WOLL

DATED: September 8, 2008    KELLY JACKSON & CHRISTIANSON, LLP

*/s/ Clay J. Christianson*
Clay J. Christianson, Attorneys for
Defendants COUNTY OF LAKE,
MARY JANE FIGALDE, AND HENRY
BOUILLERCE

**ORDER**

IT IS SO ORDERED.

DATED: September __7__, 2008

Bernard Zimmerman
United State Magistrate Judge

---

2
DISMISSAL OF INDIVIDUAL DEFENDANTS FILGALDE AND BOUILLERCE