Clay J. Christianson, Esq. (SBN 143024)
KELLY JACKSON & CHRISTIANSON, LLP
90 South E Street, Suite 300
Santa Rosa, California 95404
(707) 578-7160
(707) 578-7469/Facsimile

Attorneys for Defendants
County of Lake, Mary Jane Figalde
and Henry Bouillerce

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS WOLL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE, MARY JANE FIGALDE, and HENRY BOUILLERCE, et al.,<br><br>    Defendants.<br>_____/ | Case No.  CV 07 6299 BZ ENE<br>*(Unlimited Civil Case)*<br>Hon. Magistrate Bernard Zimmerman<br><br>**NOTICE OF ENTRY OF ORDER DISMISSING INDIVIDUAL DEFENDANTS MARY JANE FIGALDE AND HENRY BOUILLERCE** |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on September 9, 2008, the attached Order was entered by this Court.

Dated:  September 10, 2008    KELLY JACKSON & CHRISTIANSON, LLP


By: /s/ _____
    Clay J. Christianson
    Attorneys for Defendants
    County of Lake, Mary Jane Figalde
    and Henry Bouillerce

Case No. CV 07 6299 BZ                                         U.S. District Court - Northern District

## PROOF OF SERVICE BY MAIL
[FRCivP 5(b)]

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 90 South E Street, Suite 300, Santa Rosa, California 95404. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, such correspondence would be deposited with the United States Postal Service that same day in the ordinary court of business.

On the date of execution of this declaration, I served the attached:

**NOTICE OF ENTRY OF ORDER DISMISSING INDIVIDUAL DEFENDANTS MARY JANE FIGALDE AND HENRY BOUILLERCE**

on the interested parties in said cause, addressed as follows:

Frear Stephen Schmid, Esq.                *Attorney for Plaintiff Dallas Woll*
Attorney At Law                           (415) 788-5957
177 Post Street, Suite 890                (415) 788-5958 Fax
San Francisco, CA 94108

__X__ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid, on the date of execution of this declaration, with our office outgoing mail following ordinary business practices.

____ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

____ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on September 10, 2008, at Santa Rosa, California.

/s/
Linda Moldrem

KELLY JACKSON &
CHRISTIANSON, LLP