**EXHIBIT A**

```
 1  FREAR STEPHEN SCHMID, CSB NO. 96089
    ATTORNEY AT LAW
 2  177 POST STREET, SUITE 890
    SAN FRANCISCO, CA 94108
 3  TELEPHONE: (415) 788-5957
    FACSIMILE: (415) 788-5958
 4
    Attorneys for Plaintiff
 5  DALLAS WOLL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS WOLL, | No. C07-6299 BZ |
| Plaintiff, | **DISMISSAL OF INDIVIDUAL DEFENDANTS MARY JANE FIGALDE AND HENRY BOUILLERCE AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF LAKE AND MARY JANE FIGALDE, AND HENRY BOUILLERCE, | |
| Defendants. / | |

Pursuant to stipulation reached between plaintiff and individual defendants, Mary Jane Figalde and Henry Bouillerce, in the above-captioned action, the said parties through and by their respective counsel, hereby stipulate to the dismissal of the complaint against these individuals with prejudice, subject to defendants agreeing to make themselves available for depositions in Santa Rosa, California in this matter pursuant to notice by plaintiff and further subject themselves to other discovery in this matter without the necessity of subpoena. Further, it is stipulated said defendants being dismissed hereby will make themselves available for trial without subpoena. Finally, it is stipulated said dismissal is without prejudice to plaintiff's claim against the County and specifically shall not serve as collateral estoppel or res judicata as to any

1
DISMISSAL OF INDIVIDUAL DEFENDANTS FILGALDE AND BOUILLERCE

EXHIBIT A

1  of plaintiff's claims against the County.
2       Each part shall bear their own costs and attorney fees.
3  DATED: September 8, 2008              Respectfully submitted,

                                        /s/ Frear Stephen Schmid
                                        Frear Stephen Schmid, Attorney for
                                        Plaintiff DALLAS WOLL

7  DATED: September 8, 2008              KELLY JACKSON & CHRISTIANSON, LLP

                                        /s/ Clay J. Christianson
                                        Clay J. Christianson, Attorneys for
                                        Defendants COUNTY OF LAKE,
                                        MARY JANE FIGALDE, AND HENRY
                                        BOUILLERCE

                            **ORDER**

13      IT IS SO ORDERED.
14  DATED: September 7, 2008

                                        Bernard Zimmerman
                                        United State Magistrate Judge

---

2
DISMISSAL OF INDIVIDUAL DEFENDANTS FILGALDE AND BOUILLERCE