**EXHIBIT B**

RECORDED AT THE REQUEST OF
Lake County Community
Development Department
255 N. Forbes Street
Lakeport, CA. 95453

Doc # 2004009334
Page 1 of 2
Date: 04/14/2004 09:58A
Filed by: LAKE CO COMMUNITY DEVELOPMENT
Filed & Recorded in Official Records
of COUNTY OF LAKE
DOUGLAS W. WACKER
COUNTY RECORDER
Fee: $0.00

# NOTICE OF NUISANCE

PURSUANT TO LAKE COUNTY CODE, CHAPTER 13, ARTICLE 1 ET. SEQ.

A - CASE NUMBER:         603
    OWNER(S) NAME:       Dallas & Theresa Woll
    STREET ADDRESS:      6585 Jacobsen Rd, Kelseyville, CA
    MAILING ADDRESS:     PO Box 681, Lakeport, CA 95453

Assessor's Parcel Number: 007-014-04-00

B - CONDITION CAUSING NUISANCE: Operating a commercial plumbing business not allowed in Agriculture or (A) zoning district.

C - ORDER IS GIVEN TO COMMENCE ABATEMENT OF SAID NUISANCE by immediately ceasing ~~all~~ business activities and remove all business related vehicles, equipment, storage and other related items. Contact Lake County Planning Department for information regarding correct zoning for Commercial Business uses.

D - DILIGENT PROSECUTION AND COMPLETION OF SAID ABATEMENT SHALL BE FOLLOWED BY OWNER SO AS TO BE TOTALLY ABATED BY MAY 7, 2004.

EXHIBIT B

ATTACHMENT #1

E - IN THE EVENT REQUIRED ABATEMENT IS NOT COMPLETE WITHIN THE TIME PRESCRIBED, THE ENFORCEMENT OFFICIAL WILL APPLY TO THE BOARD OF SUPERVISORS FOR AN ORDER TO ABATE SAID PREMISES. THE COSTS OF SAID ABATEMENT AND ADMINISTRATIVE TIME SHALL BE MADE A SPECIAL ASSESSMENT AGAINST THE PREMISES. SAID SPECIAL ASSESSMENT MAY BE COLLECTED AT THE SAME TIME AND IN THE SAME MANNER AS IS PROVIDED FOR THE COLLECTION OF ORDINARY COUNTY TAXES, AND SHALL BE SUBJECT TO THE SAME PENALTIES, INTEREST AND TO THE SAME PROCEDURES OF FORCLOSURE AND SALE IN THE CASE OF DELINQUENCY AS IS PROVIDED FOR ORDINARY COUNTY TAXES.

_____
Ann Fogelstrom, Code Enforcement Manager
COMMUNITY DEVELOPMENT DEPARTMENT

DATED: 4/14/04

STATE OF CALIFORNIA
COUNTY OF LAKE

On   April 14, 2004   before me,   Janice K. PanKratz
Personally appeared Ann Fogelstrom personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that be her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Pam Cochrane, County Clerk-Auditor
County of Lake, State of California

Signature: _____
              Deputy County Clerk

Certified Mail # 7107 1554 7600 0004 9112
         Dated:   April 14, 2004

