**EXHIBIT C**

RECORDED AT THE REQUEST OF
Lake County Community
Development Department
255 N. Forbes Street
Lakeport, CA. 95453

Doc # 2005036968
Page 1 of 2
Date: 12/16/2005 10:03A
Filed by: LAKE CO COMMUNITY DEVELOPMENT
Filed & Recorded in Official Records
of COUNTY OF LAKE
DOUGLAS W. WACKER
COUNTY RECORDER
Fee: $0.00

# NOTICE OF NUISANCE

THIS DOCUMENT SUPERCEDES DOCUMENT NUMBER 2004009334 ISSUED ON April 14, 2004.

Pursuant to Lake County Code, Chapter 13, Article 1 et. seq.

A - CASE NUMBER: 603
    OWNER(S) NAME: Dallas & Theresa Woll
    STREET ADDRESS: 6585 Jacobsen Rd, Kelseyville, CA
    MAILING ADDRESS: P.O. Box 681, Lakeport, CA 95453

Assessor's Parcel Number: 007-014-04-00


B - **CONDITION CAUSING NUISANCE:** Operating a commercial plumbing business entitled "Roto-Rooter Plumbers" and providing plumbing, sewer and drain services not allowed in the Agriculture (A) zoning district.


C - **ORDER IS GIVEN TO COMMENCE ABATEMENT OF SAID NUISANCE:** Immediately cease all not permitted/disallowed business activities and remove all business related vehicles, equipment, storage and other related items. Contact the Lake County Planning Division for information regarding the correct zoning for Commercial Business use.


D - Diligent prosecution and completion of said abatement shall be followed by owner so as TO BE TOTALLY ABATED BY: January 15, 2006

E - IN THE EVENT REQUIRED ABATEMENT IS NOT COMPLETE WITHIN THE TIME PRESCRIBED, THE ENFORCEMENT OFFICIAL WILL APPLY TO THE BOARD OF SUPERVISORS FOR AN ORDER TO ABATE SAID PREMISES. THE COSTS OF

EXHIBIT C

ATTACHMENT #3

SAID ABATEMENT AND ADMINISTRATIVE TIME SHALL BE MADE A SPECIAL ASSESSMENT AGAINST THE PREMISES. SAID SPECIAL ASSESSMENT MAY BE COLLECTED AT THE SAME TIME AND IN THE SAME MANNER AS IS PROVIDED FOR THE COLLECTION OF ORDINARY COUNTY TAXES, AND SHALL BE SUBJECT TO THE SAME PENALTIES, INTEREST AND TO THE SAME PROCEDURES OF FORCLOSURE AND SALE IN THE CASE OF DELINQUENCY AS IS PROVIDED FOR ORDINARY COUNTY TAXES.

_____
Henry Bouillerce, Code Compliance Officer
COMMUNITY DEVELOPMENT DEPARTMENT
DATED: __12/16/05__

STATE OF CALIFORNIA
COUNTY OF LAKE

On ___12/16/05___ before me, __Janice K. Pankratz__
Personally appeared Henry Bouillerce personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that be his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Pam Cochrane, County Clerk-Auditor
County of Lake, State of California

Signature: _____
            Deputy County Clerk

CERTIFIED MAIL_____
DATED_____