**EXHIBIT D**

# NOTICE TO ABATE NUISANCE

PURSUANT TO LAKE COUNTY CODE, CHAPTER 13, ARTICLE 1 et. seq., NOTICE IS HEREBY GIVEN TO APPEAR BEFORE THE LAKE COUNTY BOARD OF SUPERVISORS AT 9:15 a.m. ON THE 28th DAY OF February, 2006 IN THE LAKE COUNTY COURTHOUSE, 255 NORTH FORBES STREET, LAKEPORT, CALIFORNIA, TO SHOW CAUSE, IF ANY THERE BE, WHY SUCH CONDITION(S) SHOULD NOT BE CONDEMNED AS A NUISANCE AND WHY SUCH NUISANCE SHOULD NOT BE ABATED BY THE ENFORCEMENT OFFICIAL.

Property owner: Dallas H. & Theresa F. Woll

Property location: 6585 Jacobsen Rd, Kelseyville, CA

Assessor's Parcel Number: # 007-014-04-00

Condition causing nuisance: Operating a commercial plumbing business entitled "Roto-Rooter Plumbers" and providing plumbing, sewer and drain services not allowed in the Agriculture (A) zoning district.

Date: February 9, 2006   cert. #

*[signature]*

Henry Bouillerce
Code Enforcement Officer
Community Development Department