Clay J. Christianson, Esq. (SBN 143024)
Jacqueline M. Moreira, Esq. (SBN 130735)
KELLY JACKSON & CHRISTIANSON, LLP
90 South E Street, Suite 300
Santa Rosa, California 95404
(707) 578-7160
(707) 578-7469/Facsimile

Attorneys for Defendant
County of Lake

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS WOLL,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF LAKE, MARY JANE FIGALDE, and HENRY BOUILLERCE, et al.,<br><br>          Defendants.<br>_____/ | Case No. CV 07 6299 BZ ENE<br>*(Unlimited Civil Case)*<br>Hon. Magistrate Bernard Zimmerman<br><br>**DECLARATION OF CLAY J. CHRISTIANSON IN SUPPORT OF DEFENDANT COUNTY OF LAKE'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:     October 22, 2008<br>Time:    10:00 a.m.<br>Courtroom G, 15th Floor<br>Trial Date: December 15, 2008 |

I, Clay J. Christianson, declare:

    1.    I am an attorney at law licensed to practice in the state of California and before this court. This firm is the attorneys of record for defendant, moving party, County of Lake in the above captioned matter.

    2.    I have personal knowledge of the facts in this declaration and if called to testify about them, I would and could do so competently.

    3.    Attached hereto marked Exhibit "A" is a true and correct copy of plaintiff's Complaint for Damages and Injunctive Relief for Violation of Civil Rights filed with this Court on December 13, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and executed on September 11, 2008, at Santa Rosa, California.

/s/
Clay J. Christianson

**SIGNATURE ATTESTATION**

**I attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.**

/s/
Clay J. Christianson
Attorneys for Defendant
County of Lake

KELLY JACKSON &
CHRISTIANSON, LLP