Clay J. Christianson, Esq. (SBN 143024)
Jacqueline M. Moreira, Esq. (SBN 130735)
KELLY JACKSON & CHRISTIANSON, LLP
90 South E Street, Suite 300
Santa Rosa, California 95404
(707) 578-7160
(707) 578-7469/Facsimile

Attorneys for Defendant
County of Lake

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS WOLL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LAKE, MARY JANE FIGALDE, and HENRY BOUILLERCE, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  CV 07 6299 BZ ENE<br>*(Unlimited Civil Case)*<br>Hon. Magistrate Bernard Zimmerman<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LAKE'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:　　October 22, 2008<br>Time:　　10:00 a.m.<br>Courtroom G, 15th Floor<br>Trial Date: December 15, 2008 |

　　　　This matter came on regularly for hearing on October 22, 2008, the Honorable Magistrate Bernard Zimmerman, Judge presiding. Moving party, COUNTY OF LAKE, appeared by and through their counsel of record, Kelly, Jackson & Christianson, LLP. Plaintiff, DALLAS WOLL, appeared by and through his counsel, Frear Stephen Schmid.

　　　　The Court, after consideration of the papers and evidence filed in support of and opposition to defendant, County of Lake's Motion for Summary Judgment, or in the Alternative, Summary Adjudication, and after hearing the oral argument of the parties, and good cause appearing therefor;

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment is granted as plaintiff has failed to state a claim for any violation of 42 U.S.C.

KELLY JACKSON & CHRISTIANSON, LLP

Page 1

[Proposed] Order Granting Defendant County of Lake's Motion for Summary Judgment or in the Alternative, Summary Adjudication

1  §1983 because plaintiff was afforded due process and cannot state a claim under the Fifth, Ninth
2  and/or Fourteenth Amendments to the U.S. Constitution and because plaintiff did not suffer
3  unreasonable search or seizure and cannot state a claim under the Fourth Amendment to the U.S.
4  Constitution and because plaintiff was not deprived of his right to petition and cannot state a claim
5  under the First Amendment to the U.S. Constitution.

7  Dated: _____, 2008

_____
Bernard Zimmerman
Magistrate Judge of the United States District Court

KELLY JACKSON &
CHRISTIANSON, LLP

[Proposed] Order Granting Defendant County of Lake's Motion for Summary Judgment or in the Alternative, Summary Adjudication