UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALLAS WOLL,                      )
                                 )
          Plaintiff(s),          )     No.  C 07-6299 BZ
                                 )
     v.                          )     **BRIEFING ORDER**
                                 )
COUNTY OF LAKE, et al.,          )
                                 )
          Defendant(s).          )
_____ )

    Having received defendant's motion for summary judgment scheduled for hearing on October 22, 2008, **IT IS HEREBY ORDERED** as follows:

    1.  Plaintiff's opposition shall be filed by **September 26, 2008**; and

    2.  Defendant's reply, if any, shall be filed by **October 2, 2008**.

Dated:  September 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLL\BRIEFING ORDER.wpd

1