1  Clay J. Christianson, Esq. (SBN 143024)
   KELLY JACKSON & CHRISTIANSON, LLP
2  90 South E Street, Suite 300
   Santa Rosa, California 95404
3  (707) 578-7160
   (707) 578-7469/Facsimile
4
   Attorneys for Defendant
5  County of Lake

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DALLAS WOLL,                              Case No. CV 07 6299 BZ ENE
                                             Hon. Magistrate Bernard Zimmerman
12         Plaintiff,
                                             STIPULATION RE EXTENSION
13     v.                                    CONCERNING FILING OF PRE-TRIAL
                                             DOCUMENTS AND [PROPOSED] ORDER
14 COUNTY OF LAKE, MARY JANE
   FIGALDE, and HENRY BOUILLERCE, et         Pre-trial Date: Nov. 25, 2008
15 al.,                                      Time:           4:00 p.m.
                                             Courtroom G, 15th Floor
16         Defendants.
                                        /
17

18     Pursuant to Stipulation reached between plaintiff and defendant in the above-captioned action,

19 the said parties through and by their respective counsel request that a two-week extension be given to

20 both parties concerning the filing of pre-trial documents as they are extremely close in resolving this

21 matter and the Board of Supervisors for the County of Lake has this matter on calendar to discuss on

22 Tuesday, November 4, 2008. Based on the foregoing, the parties by and through their respective

23 counsel request an additional two weeks so as to completely resolve the matter and forego the

24 necessity of filing pre-trial documents.

25 Dated: November 3, 2008              Respectfully submitted

26

27                                      /s/
                                        Frear Stephen Schmid
28                                      Attorney for Plaintiff Dallas Woll

KELLY JACKSON &
CHRISTIANSON, LLP

| | |
|---|---|
| 1    Dated: November __, 2008 | KELLY JACKSON & CHRISTIANSON, LLP |

By: /s/
    Clay J. Christianson
    Attorneys for Defendants
    County of Lake, Mary Jane Figalde
    and Henry Bouillerce

ORDER

IT IS SO ORDERED.

Dated: November 3, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

KELLY JACKSON &
CHRISTIANSON, LLP

Case No. CV 07 6299 BZ ENE            Page 2
Stipulation re Extension Concerning Filing of Pre-trial Documents and [Proposed] Order