| | |
|---|---|
| 1 | Clay J. Christianson, Esq. (SBN 143024) |
| | KELLY JACKSON & CHRISTIANSON, LLP |
| 2 | 90 South E Street, Suite 300 |
| | Santa Rosa, California 95404 |
| 3 | (707) 578-7160 |
| | (707) 578-7469/Facsimile |
| 4 | |
| 5 | Attorneys for Defendant |
| | County of Lake |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS WOLL, | Case No. CV 07 6299 BZ ENE |
| | Hon. Magistrate Bernard Zimmerman |
| Plaintiff, | |
| | STIPULATION RE EXTENSION |
| v. | CONCERNING FILING OF PRE-TRIAL |
| | DOCUMENTS AND [PROPOSED] ORDER |
| COUNTY OF LAKE, MARY JANE FIGALDE, and HENRY BOUILLERCE, et al., | Pre-trial Date: Nov. 25, 2008 |
| | Time: 4:00 p.m. |
| | Courtroom G, 15th Floor |
| Defendants. | Trial: December 15, 2008 |

Pursuant to Stipulation reached between plaintiff and defendant in the above-captioned action, the said parties through and by their respective counsel request that an additional extension be given to both parties concerning the filing of pre-trial documents as they are close in resolving this matter and the Board of Supervisors for the County of Lake has this matter on calendar to discuss on Tuesday, November 18, 2008. County counsel is making an additional presentation to the Board. Based on the foregoing, the parties by and through their respective counsel request an additional extension to November 21, 2008 so as to resolve the matter and forego the filing pre-trial documents.

Dated: November 14, 2008    Respectfully submitted


/s/
Frear Stephen Schmid
Attorney for Plaintiff Dallas Woll

KELLY JACKSON &
CHRISTIANSON, LLP

Case No. CV 07 6299 BZ ENE                                              Page 1
Stipulation re Extension Concerning Filing of Pre-trial Documents and [Proposed] Order

1  Dated: November __, 2008                KELLY JACKSON & CHRISTIANSON, LLP

3                                          By: /s/
4                                              Clay J. Christianson
                                               Attorneys for Defendants
                                               County of Lake, Mary Jane Figalde
5                                              and Henry Bouillerce

8                                          ORDER

10       IT IS SO ORDERED.

11  Dated: November 17, 2008

13                                          _____
                                            Bernard Zimmerman
                                            United States Magistrate Judge

KELLY JACKSON &
CHRISTIANSON, LLP

Case No.  CV 07 6299 BZ ENE                                            Page 2
Stipulation re Extension Concerning Filing of Pre-trial Documents and [Proposed] Order

| | |
|---|---|
| Case No. CV 07 6299 BZ | U.S. District Court - Northern District |

## PROOF OF SERVICE BY MAIL
[FRCivP 5(b)]

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 90 South E Street, Suite 300, Santa Rosa, California 95404. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, such correspondence would be deposited with the United States Postal Service that same day in the ordinary court of business.

On the date of execution of this declaration, I served the attached:

STIPULATION RE EXTENSION CONCERNING FILING OF PRE-TRIAL DOCUMENTS AND [PROPOSED] ORDER

on the interested parties in said cause, addressed as follows:

| | |
|---|---|
| Frear Stephen Schmid, Esq.<br>Attorney At Law<br>177 Post Street, Suite 890<br>San Francisco, CA 94108 | *Attorney for Plaintiff Dallas Woll*<br>(415) 788-5957<br>(415) 788-5958 Fax |

__X__ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid, on the date of execution of this declaration, with our office outgoing mail following ordinary business practices.

____ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

____ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on November 14, 2008, at Santa Rosa, California.

/s/
Linda Moldrem

KELLY JACKSON & CHRISTIANSON, LLP

Case No.  CV 07 6299 BZ ENE                                                                                      Page 3
Stipulation re Extension Concerning Filing of Pre-trial Documents and [Proposed] Order